# EXHIBIT B



US008813877B1

(12) **United States Patent** (10) Patent No.: **US 8,813,877 B1**
Short, Jr. et al. (45) Date of Patent: *Aug. 26, 2014

(54) **METHOD AND APPARATUS FOR REAMING WELL BORE SURFACES NEARER THE CENTER OF DRIFT**

(75) Inventors: **Lot William Short, Jr.**, Dallas, TX (US); **Robert Bradley Beggs**, Rowlett, TX (US); **Richard Earl Beggs**, Rowlett, TX (US)

(73) Assignee: **Hard Rock Solutions, LLC**, Vernal, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/517,870**

(22) Filed: **Jun. 14, 2012**

**Related U.S. Application Data**

(63) Continuation of application No. 13/441,230, filed on Apr. 6, 2012.

(60) Provisional application No. 61/473,587, filed on Apr. 8, 2011.

(51) **Int. Cl.**
**E21B 10/26** (2006.01)
**E21B 7/28** (2006.01)

(52) **U.S. Cl.**
USPC .............................. **175/406**; 175/76; 175/323

(58) **Field of Classification Search**
USPC ............. 175/55, 76, 295, 323, 334, 335, 343, 175/344, 385–392, 398–400, 406, 407
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,772,491 | A | * | 8/1930 | Koppl ............................ 175/343 |
| 3,231,033 | A | * | 1/1966 | Williams, Jr. ................ 175/334 |
| 3,237,705 | A | * | 3/1966 | Williams, Jr. ................ 175/406 |
| 3,575,247 | A | * | 4/1971 | Feenstra ........................ 175/434 |
| 4,610,307 | A | * | 9/1986 | Jurgens et al. ............... 175/320 |
| 4,729,438 | A | * | 3/1988 | Walker et al. ................. 175/76 |
| 4,807,708 | A | * | 2/1989 | Forrest et al. ................. 175/45 |
| 4,989,681 | A | * | 2/1991 | Lohmüller et al. ........... 175/398 |
| 5,186,265 | A | | 2/1993 | Henson et al. |
| 5,372,351 | A | | 12/1994 | Oliver |
| 5,495,899 | A | * | 3/1996 | Pastusek et al. ............... 175/57 |
| 5,497,842 | A | * | 3/1996 | Pastusek et al. ............. 175/334 |
| 5,765,653 | A | * | 6/1998 | Doster et al. .................. 175/75 |
| 5,957,223 | A | | 9/1999 | Doster et al. |
| 6,039,130 | A | * | 3/2000 | Pruet ............................ 175/320 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO 2008/026011 3/2008

OTHER PUBLICATIONS

Schlumberger Oilfield Glossary entries for "ream" and "under-reamer", accessed May 22, 2013 via www.glossary.oilfield.slb.com.*

(Continued)

Primary Examiner — Blake Michener
(74) *Attorney, Agent, or Firm* — Remenick PLLC

(57) **ABSTRACT**

The present invention provides a method and apparatus for increasing the drift diameter and improving the well path of the well bore, accomplished in one embodiment by cutting away material primarily forming surfaces nearer the center of the drift, thereby reducing applied power, applied torque and resulting drag compared to conventional reamers that cut into all surfaces of the well bore.

**17 Claims, 11 Drawing Sheets**



**US 8,813,877 B1**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| RE36,817 E | * | 8/2000 | Pastusek et al. | 175/334 |
| 6,116,356 A | * | 9/2000 | Doster et al. | 175/75 |
| 6,213,226 B1 | | 4/2001 | Eppink et al. | |
| 6,227,312 B1 | | 5/2001 | Eppink et al. | |
| 6,257,279 B1 | | 7/2001 | Peltz | |
| 6,386,302 B1 | * | 5/2002 | Beaton | 175/406 |
| 6,397,958 B1 | * | 6/2002 | Charles et al. | 175/385 |
| 6,488,104 B1 | | 12/2002 | Eppink et al. | |
| 6,494,272 B1 | | 12/2002 | Eppink et al. | |
| 6,607,371 B1 | | 8/2003 | Raymond et al. | |
| 6,622,803 B2 | * | 9/2003 | Harvey et al. | 175/325.3 |
| 6,695,080 B2 | | 2/2004 | Presley et al. | |
| 6,920,944 B2 | | 7/2005 | Eppink et al. | |
| 6,973,974 B2 | | 12/2005 | McLoughlin et al. | |
| 6,991,046 B2 | | 1/2006 | Fielder et al. | |
| 2002/0056574 A1 | * | 5/2002 | Harvey et al. | 175/320 |
| 2002/0125047 A1 | * | 9/2002 | Beaton | 175/406 |
| 2002/0166703 A1 | * | 11/2002 | Presley et al. | 175/391 |
| 2003/0173114 A1 | * | 9/2003 | Presley et al. | 175/57 |
| 2003/0221873 A1 | * | 12/2003 | Beaton | 175/385 |
| 2004/0206552 A1 | * | 10/2004 | Beaton | 175/385 |
| 2010/0089659 A1 | * | 4/2010 | Chafai | 175/385 |
| 2012/0255786 A1 | | 10/2012 | Isenhour | |

OTHER PUBLICATIONS

Schlumberger Oilfield Glossary entry for "borehole", accessed Aug. 12, 2013 via www.glossary.oilfield.slb.com.*
PCT/US2012/032714; Search Report in International Patent Application of Isenhour, James.; Jun. 20, 2012.
Plaintiffs Complaint; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; ; Jul. 1, 2011.
Plaintiffs First Amended Complaint; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; Oct. 4, 2011.
Plaintiffs Second Amended Complaint; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; Jun. 1, 2012.
Defendant's Answer to Plaintiff Second Amended Complaint & Counterclaims; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; Jun. 15, 2012.
Plaintiffs Reply to Counterclaim and Answer to Cross Claim; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; Jun. 25, 2012.
Defendant's Initial Disclosures; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action No. 11CV1305, Colorado District Court, Larimer County; Jun. 30, 2012.
Plaintiffs Disclosure Statement; *James D. Isenhour, Hard Rock Solutions Inc.* vs *Lot William Short, Jr., Short Bit & Tool Co.*, Civil Action

No. 11CV1305, Colorado District Court, Larimer County; Aug. 2, 2012.
Short Bit & Tool Co.; Invoice No. D143 to Questar E&P Corp.; Aug. 12, 2009.
Short Bit & Tool Co.; Photographs of BCS Reamer; Aug. 2009.
Short, L.W.; "Bicenter Sub" email; Jun. 19, 2010.
Short Bit & Tool Co.; Invoice No. E-279 to Questar E&P; Nov. 1, 2010.
Short Bit & Tool Co.; Photographs of TCS Reamer; Nov. 8, 2010.
Short Bit & Tool Co.; Invoice No. F-081 to 3c Reamers; Mar. 29, 2011, with drawing Feb. 11, 2011.
Short Bit & Tool Co.; Photograph of TCS Reamer; Apr. 2011.
Short Bit & Tool Co.; Photograph of BCS Tandem and TCS Reamer; Feb. 11, 2011.
Baker Hughes; "RWD2 Ream-While-Drilling"; http://www.bakerhughes.com/products-and-services/drilling/drill-bit-systems/hole-enlargement/rwd2-ream-while-drilling; 2012.
OTS International; "TPXR Eccentric Reamers"; http://www.otsintl.com/tpxr.asp; 2012.
OTS International; "TPXR Eccentric Tool for Underreaming Operations"; http://www.otsintl.com/TPXR.pdf; 2012.
Schlumberger; "Diamond-Enhanced Insert Reamer"; http://www.slb.com/services/drilling/tools_services/reamers_stabilizers/diamond_enhanced_reamer.aspx; 2012.
National Oilwell Varco; "Eccentric String Tools (ES)"; http://www.nov.com/Brands/ReedHycalog/Eccentric_String_Tools.aspx; 2012.
Stabil Drill; "Ghost Reamer"; http://www.stabildrill.com/products/ghost_reamer/; 2011.
Schlumberger; "Quad-D Reamer"; http://www.slb.com/services/drilling/tools_services/underreamers/quad_d_reamer.aspx; 2012.
OTS International; "TP Bits"; http://www.otsintl.com/tp.asp; 2012.
OTS International; "TP Series Hyper-Stable PDC Bits"; http://www.otsintl.com/TP-Series-Bits.pdf; 2012.
National Oilwell Varco; "NOV Downhole—Right Tool, Right Place, Right Time" catalog; http://www.petroleumclub.ro/downloads/07_Tony_Watts_NOV_ReedHycalog.pdf; 2012.
Offshore; "Drilling Operations, Reaming-while-drilling keys effort to reduce tripping of long drillstrings"; http://www.offshore-mag.com/articles/print/volume-56/issue-4/departments/drilling-production/drilling-operations-reaming-while-drilling-keys-effort-to-reduce-tripping-of-long-drillstrings.html; 2012.
Varel International; "Hole Opening Bits—Bicenter Technology"; http://www.varelintl.com/Oil_and_Gas_Home/PDC_Drill_Bits/Hole_Opener_Bicenter_Bits/; 2012.
OMNI Oil Technologies; "Group II—OMNI Versatlile Drilling Reamer/Stabilizer"; http://www.omnioiltech.com/group2.php; 2012.
Tercel Oilfield Products; "Versatile Drilling Reamer (VDR)"; http://www.terceloilfield.com/en/drilling-enhancement-vdr.php; 2012.
PCT Patentability Report for PCT/US13/050205, dated Dec. 23, 2013.
PCT Search Report and Patentability Report for PCT/US2012/58573, dated Jan. 22, 2013.
U.S. Appl. No. 13/644,218, Isenhour, et al.

* cited by examiner



*FIG. 1a*

*FIG. 1b*

Case 4:19-cv-01977   Document 1-3   Filed on 02/21/19 in TXSD   Page 5 of 18



FIG. 3

FIG. 2



*FIG. 4*



*FIG. 5*



*FIG. 7*

*FIG. 6*

U.S. Patent     Aug. 26, 2014     Sheet 6 of 11     US 8,813,877 B1



FIG. 8

FIG. 9



*FIG. 10*



*FIG. 11*





*FIG. 13*



BLADE 4
FULL GAGE

FIG. 14D

BLADE 4
FULL GAGE

FIG. 14C

BLADE 2
5-3/8" TO 6"

FIG. 14B

BLADE 1
5-¼" TO 5-½"

FIG. 14A

US 8,813,877 B1

**1**

## METHOD AND APPARATUS FOR REAMING WELL BORE SURFACES NEARER THE CENTER OF DRIFT

### CROSS-REFERENCED APPLICATIONS

This application is a continuation of, and claims the benefit of the filing date of, co-pending U.S. patent application Ser. No. 13/441,230 entitled METHOD AND APPARATUS FOR REAMING WELL BORE SURFACES NEARER THE CENTER OF DRIFT, filed Apr. 6, 2012, which relates to, and claims the benefit of the filing date of, U.S. provisional patent application Ser. No. 61/473,587 entitled METHOD AND APPARATUS FOR REAMING WELL BORE SURFACES NEARER THE CENTER OF DRIFT, filed Apr. 8, 2011, the entire contents of which are incorporated herein by reference for all purposes.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to methods and apparatus for drilling wells and, more particularly, to a reamer and corresponding method for enlarging the drift diameter and improving the well path of a well bore.

2. Description of the Related Art

Extended reach wells are drilled with a bit driven by a down hole motor that can be steered up, down, left, and right. Steering is facilitated by a bend placed in the motor housing above the drill bit. Holding the drill string in the same rotational position, such as by locking the drill string against rotation, causes the bend to consistently face the same direction. This is called "sliding". Sliding causes the drill bit to bore along a curved path, in the direction of the bend, with the drill string following that path as well.

Repeated correcting of the direction of the drill bit during sliding causes friction between the well bore and the drill string greater than when the drill string is rotated. Such corrections form curves in the well path known as "doglegs". Referring to FIG. 1a, the drill string **10** presses against the inside of each dogleg turn **12**, causing added friction. These conditions can limit the distance the well bore **14** can be extended into the production zone, and can also cause problems getting the production string through the well bore.

Similar difficulties can also occur during conventional drilling, with a conventional drill bit that is rotated by rotating the drill string from the surface. Instability of the drill bit can cause a spiral or other tortuous path to be cut by the drill bit. This causes the drill string to press against the inner surface of resulting curves in the well bore and can interfere with extending the well bore within the production zone and getting the production string through the well bore.

When a dogleg, spiral path or tortuous path is cut by a drill bit, the relatively unobstructed passageway near the center of the well bore has a substantially smaller diameter than the well bore itself. This relatively unobstructed passageway is sometimes referred to as the "drift" and the nominal diameter of the passageway is sometimes referred to as the "drift diameter". The "drift" of a passageway is generally formed by well bore surfaces forming the inside radii of curves along the path of the well bore. Passage of pipe or tools through the relatively unobstructed drift of the well bore is sometimes referred to as "drift" or "drifting".

In general, to address these difficulties the drift diameter has been enlarged with conventional reaming techniques by enlarging the diameter **16** of the entire well bore. See FIG. 1a. Such reaming has been completed as an additional step, after drilling is completed. Doing so has been necessary to avoid unacceptable increases in torque and drag during drilling. Such additional reaming runs add considerable expense and time to completion of the well. Moreover, conventional reaming techniques frequently do not straighten the well path, but instead simply enlarge the diameter of the well bore.

Accordingly, a need exists for a reamer that reduces the torque required and drag associated with reaming the well bore.

A need also exists for a reamer capable of enlarging the diameter of the well bore drift passageway and improving the well path, without needing to enlarge the diameter of the entire well bore.

### SUMMARY OF THE INVENTION

To address these needs, the invention provides a method and apparatus for increasing the drift diameter and improving the well path of the well bore. This is accomplished, in one embodiment, by cutting away material primarily forming surfaces nearer the center of the drift. Doing so reduces applied power, applied torque and resulting drag compared to conventional reamers that cut into all surfaces of the well bore.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following Detailed Description taken in conjunction with the accompanying drawings, in which:

FIGS. 1a and 1b are a cross-section elevations of a horizontal well bore;

FIG. 2 is a representation of a well bore illustrating drift diameter relative to drill diameter;

FIG. 3 is a representation an eccentric reamer in relation to the well bore shown in FIG. 2;

FIG. 4 is a magnification of the downhole portion of the top reamer;

FIG. 5 is illustrates the layout of teeth along a downhole portion of the bottom reamer illustrated in FIG. 1;

FIG. 6 is an end view of an eccentric reamer illustrating the eccentricity of the reamer in relation to a well bore diameter;

FIG. 7 is an end view of two eccentric reamers in series, illustrating the eccentricity of the two reamers in relation to a well bore diameter;

FIG. 8 illustrates the location and arrangement of Sets 1, 2, 3 and 4 of teeth on another reamer embodiment;

FIG. 9 illustrates the location and arrangement of Sets 1, 2, 3 and 4 of teeth on another reamer embodiment;

FIG. 10 is a perspective view illustrating an embodiment of a reamer having four sets of teeth;

FIG. 11 is a geometric diagram illustrating the arrangement of cutting teeth on an embodiment of a reamer;

FIG. 12A-12D illustrate the location and arrangement of Blades 1, 2, 3, and 4 of cutting teeth;

FIG. 13 is a side view of a reamer tool showing the cutting teeth and illustrating a side cut area; and

FIGS. 14A-14D are side views of a reamer tool showing the cutting teeth and illustrating a sequence of Blades 1, 2, 3, and 4 coming into the side cut area and the reamer tool rotates.

### DETAILED DESCRIPTION

In the following discussion, numerous specific details are set forth to provide a thorough understanding of the present invention. However, those skilled in the art will appreciate

US 8,813,877 B1

**3**

that the present invention may be practiced without such specific details. In other instances, well-known elements have been illustrated in schematic or block diagram form in order not to obscure the present invention in unnecessary detail. Additionally, for the most part, specific details, and the like have been omitted inasmuch as such details are not considered necessary to obtain a complete understanding of the present invention, and are considered to be within the understanding of persons of ordinary skill in the relevant art.

FIG. **1** is a cross-section elevation of a horizontal well bore **100**, illustrating an embodiment of the invention employing a top eccentric reamer **102** and a bottom eccentric reamer **104**. The top reamer **102** and bottom reamer **104** are preferably of a similar construction and may be angularly displaced by approximately 180° on a drill string **106**. This causes cutting teeth **108** of the top reamer **102** and cutting teeth **110** of the bottom reamer **104** to face approximately opposite directions. The reamers **102** and **104** may be spaced apart and positioned to run behind a bottom hole assembly (BHA). In one embodiment, for example, the eccentric reamers **102** and **104** may be positioned within a range of approximately 100 to 150 feet from the BHA. Although two reamers are shown, a single reamer or a larger number of reamers could be used in the alternative.

As shown in FIG. **1**, the drill string **106** advances to the left as the well is drilled. As shown in FIG. **2**, the well bore **100** may have a drill diameter D1 of 6 inches and a drill center **116**. The well bore **100** may have a drift diameter D2 of 5⅝ inches and a drift center **114**. The drift center **114** may be offset from the drill center **116** by a fraction of an inch. Any point P on the inner surface **112** of the well bore **100** may be located at a certain radius R1 from the drill center **116** and may also be located at a certain radius R2 from the drift center **114**. As shown in FIG. **3**, in which reamer **102** is shown having a threaded center C superimposed over drift center **114**, each of the reamers **102** (shown) and **104** (not shown) preferably has an outermost radius R3, generally in the area of its teeth **116**, less than the outermost radius $R_{D1}$ of the well bore. However, the outermost radius R3 of each reamer is preferably greater than the distance $R_{D2}$ of the nearer surfaces from the center of drift **114**. The cutting surfaces of each of the top and bottom reamers preferably comprise a number of carbide or diamond teeth **108**, with each tooth preferably having a critical cutting surface generally facing the path of movement $P_M$ of the tooth relative to the well bore as the reamer rotates and the drill string advances down hole.

In FIG. **1**, the bottom reamer **104** begins to engage and cut a surface nearer the center of drift off the well bore **100** shown. As will be appreciated, the bottom reamer **104**, when rotated, cuts away portions of the nearer surface **112**A of the well bore **100**, while cutting substantially less or none of the surface **112**B farther from the center of drift, generally on the opposite side of the well. The top reamer **102** performs a similar function, cutting surfaces nearer the center of drift as the drill string advances. Each reamer **102** and **104** is preferably spaced from the BHA and any other reamer to allow the centerline of the pipe string adjacent the reamer to be offset from the center of the well bore toward the center of drift or aligned with the center of drift.

FIG. **4** is a magnification of the downhole portion of the top reamer **102** as the reamer advances to begin contact with a surface **112** of the well bore **100** nearer the center of drift **114**. As the reamer **102** advances and rotates, the existing hole is widened along the surface **112** nearer the center of drift **114**, thereby widening the drift diameter of the hole. In an embodiment, a body portion **107** of the drill string **106** may have a diameter $D_B$ of 5¼ inches, and may be coupled to a cylindri-

**4**

cal portion **103** of reamer **102**, the cylindrical portion **103** having a diameter $D_C$ of approx. 4¾ inches. In an embodiment, the reamer **102** may have a "DRIFT" diameter $D_D$ of 5⅝ inches, and produce a reamed hole having a diameter $D_R$ of 6⅛ inches between reamed surfaces **101**. It will be appreciated that the drill string **106** and reamer **102** advance through the well bore **100** along a path generally following the center of drift **114** and displaced from the center **116** of the existing hole.

FIG. **5** illustrates the layout of teeth **110** along a downhole portion of the bottom reamer **104** illustrated in FIG. **1**. Four sets of teeth **110**, Sets **110**A, **110**B, **110**C and **110**D, are angularly separated about the exterior of the bottom reamer **104**. FIG. **5** shows the position of the teeth **110** of each Set as they pass the bottom-most position shown in FIG. **1** when the bottom reamer **104** rotates. As the reamer **104** rotates, Sets **110**A, **110**B, **110**C and **110**D **110**A, **110**B, **110**C and **110**D pass the bottom-most position in succession. The Sets **110**A, **110**B, **110**C and **110**D of teeth **110** are arranged on a substantially circular surface **118** having a center **120** eccentrically displaced from the center of rotation of the drill string **106**.

Each of the Sets **110**A, **110**B, **110**C and **110**D of teeth **110** is preferably arranged along a spiral path along the surface of the bottom reamer **104**, with the downhole tooth leading as the reamer **104** rotates (e.g., see FIG. **6**). Sets **110**A and **110**B of the reamer teeth **110** are positioned to have outermost cutting surfaces forming a 6⅛ inch diameter path when the pipe string **106** is rotated. The teeth **110** of Set **110**B are preferably positioned to be rotated through the bottom-most point of the bottom reamer **104** between the rotational path of the teeth **110** of Set **110**A. The teeth **110** of Set **110**C are positioned to have outermost cutting surfaces forming a six inch diameter when rotated, and are preferably positioned to be rotated through the bottom-most point of the bottom reamer between the rotational path of the teeth **110** of Set **110**B. The teeth **110** of Set **110**D are positioned to have outermost cutting surfaces forming a 5⅞ inch diameter when rotated, and are preferably positioned to be rotated through the bottom-most point of the bottom reamer **104** between the rotational path of the teeth **110** of Set **110**C.

FIG. **6** illustrates one eccentric reamer **104** having a drift diameter D3 of 5⅝ inches and a drill diameter D4 of 6¹⁄₁₆ inches. When rotated about the threaded axis C, but without a concentric guide or pilot, the eccentric reamer **104** may be free to rotate about its drift axis C2 and may act to side-ream the near-center portion of the dogleg in the borehole. The side-reaming action may improve the path of the wellbore instead of just opening it up to a larger diameter.

FIG. **7** illustrates a reaming tool **150** having two eccentric reamers **104** and **102**, each eccentric reamer having a drift diameter D3 of 5⅝ inches and a drill diameter D4 of 6¹⁄₁₆ inches. The two eccentric reamers may be spaced apart by ten hole diameters or more, on a single body, and synchronized to be 180 degrees apart relative to the threaded axis of the body. The reaming tool **150** having two eccentric reamers configured in this way, may be able to drift through a 5⅝ inch hole when sliding and, when rotating, one eccentric reamer may force the other eccentric reamer into the hole wall. An eccentric reaming tool **150** in this configuration has three centers: the threaded center C coincident with the threaded axis of the reaming tool **150**, and two eccentric centers C2, coincident with the drift axis of the bottom eccentric reamer **104**, and C3, coincident with a drift axis of the top eccentric reamer **102**.

FIGS. **8** and **9** illustrate the location and arrangement of Sets **1**, **2**, **3** and **4** of teeth on another reamer embodiment **200**. FIG. **8** illustrates the relative angles and cutting diameters of Sets **1**, **2**, **3**, and **4** of teeth. As shown in FIG. **8**, Sets **1**, **2**, **3** and

US 8,813,877 B1

5

4 of teeth are each arranged to form a path of rotation having respective diameters of 5⅝ inches, 6 inches, 6⅛ inches and 6⅛ inches.

FIG. **9** illustrates the relative position of the individual teeth of each of Sets 1, 2, 3 and 4 of teeth. As shown in FIG. **9**, the teeth of Set 2 are preferably positioned to be rotated through the bottom-most point of the reamer between the rotational path of the teeth of Set 1. The teeth of Set 3 are preferably positioned to be rotated through the bottom-most point of the reamer between the rotational path of the teeth of Set 2. The teeth of Set 4 are preferably positioned to be rotated through the bottom-most point of the reamer between the rotational path of the teeth of Set 3.

FIG. **10** illustrates an embodiment of a reamer **300** having four sets of teeth **310**, with each set **310**A, **310**B, **310**C, and **310**D arranged in a spiral orientation along a curved surface **302** having a center C2 eccentric with respect to the center C of the drill pipe on which the reamer is mounted. Adjacent and in front of each set of teeth **310** is a groove **306** formed in the surface **302** of the reamer. The grooves **306** allow fluids, such as drilling mud for example, and cuttings to flow past the reamer and away from the reamer teeth during operation. The teeth **310** of each set **310**A, **310**B, **310**C, and **310**D may form one of four "blades" for cutting away material from a near surface of a well bore. The set **310**A may form a first blade, or Blade 1. The set **310**B may form a second blade, Blade 2. The set **310**C may form a third blade, Blade 3. The set **310**D may form a fourth blade, Blade 4. The configuration of the blades and the cutting teeth thereof may be rearranged as desired to suit particular applications, but may be arranged as follows in an exemplary embodiment.

Turning now to FIG. **11**, the tops of the teeth **310** in each of the two eccentric reamers **300**, or the reamers **102** and **104**, rotate about the threaded center of the reamer tool may be placed at increasing radii starting with the #1 tooth at 2.750" R. The radii of the teeth may increase by 0.018" every five degrees through tooth #17 where the radii become constant at the maximum of 3.062", which corresponds to the 6⅛" maximum diameter of the reamer tool.

Turning now to FIGS. **12**A-**12**D, the reamer tool may be designed to side-ream the near side of a directionally near horizontal well bore that is crooked in order to straighten out the crooks. As shown in FIG. **12**A-**12**D, **30** cutting teeth numbered 1 through 30 may be distributed among Sets **310**A, **310**B, **310**C, and **310**D of cutting teeth forming four blades. As plotted in FIG. **11**, the cutting teeth numbered 1 through 8 may form Blade 1, the cutting teeth numbered 9 through 15 may form Blade 2, the cutting teeth numbered 16 through 23 may form Blade 3, and the cutting teeth numbered 24 through 30 may form Blade 4. As the 5¼" body **302** of the reamer is pulled into the near side of the crook, the cut of the rotating reamer **300** may be forced to rotate about the threaded center of the body and cut an increasingly larger radius into just the near side of the crook without cutting the opposite side. This cutting action may act to straighten the crooked hole without following the original bore path.

Turning now to FIG. **13**, the reamer **300** is shown with the teeth **310**A of Blade 1 on the left-hand side of the reamer **300** as shown, with the teeth **310**B of Blade 2 following behind to the right of Blade 1, the teeth **310**C of Blade 3 following behind and to the right of Blade 2, and the teeth **310**D of Blade 4 following behind and to the right of Blade 3. The teeth **310**A of Blade 1 are also shown in phantom, representing the position of teeth **310**A of Blade 1 compared to the position of teeth **310**D of Blade 4 on the right-hand side of the reamer **300**, and at a position representing the "Side Cut" made by the eccentric reamer **300**.

6

Turning now to FIGS. **14**A-**14**D, the extent of each of Blade 1, Blade 2, Blade 3, and Blade 4 is shown in a separate figure. In each of the FIG. **14**A-**14**D, the reamer **300** is shown rotated to a different position, bringing a different blade into the "Side Cut" position SC, such that the sequence of views **14**A-**14**D illustrate the sequence of blades coming into cutting contact with a near surface of a well bore. In FIG. **14**A, Blade 1 is shown to cut from a 5¼" diameter to a 5½" diameter, but less than a full-gage cut. In FIG. **14**B, Blade 2 is shown to cut from a 5⅝" diameter to a 6" diameter, which is still less than a full-gage cut. In FIG. **14**C, Blade 3 is shown to cut a "Full Gage" diameter, which may be equal to 6⅛" in an embodiment. In FIG. **14**D, Blade 4 is shown to cut a "Full gage" diameter, which may be equal to 6⅛" in an embodiment.

The location and arrangement of Sets of teeth on an embodiment of an eccentric reamer as described above, and teeth within each set, may be rearranged to suit particular applications. For example, the alignment of the Sets of teeth relative to the centerline of the drill pipe, the distance between teeth and Sets of teeth, the diameter of rotational path of the teeth, number of teeth and Sets of teeth, shape and eccentricity of the reamer surface holding the teeth and the like may be varied.

Having thus described the present invention by reference to certain of its preferred embodiments, it is noted that the embodiments disclosed are illustrative rather than limiting in nature and that a wide range of variations, modifications, changes, and substitutions are contemplated in the foregoing disclosure and, in some instances, some features of the present invention may be employed without a corresponding use of the other features. Many such variations and modifications may be considered desirable by those skilled in the art based upon a review of the foregoing description of preferred embodiments. Accordingly, it is appropriate that the appended claims be construed broadly and in a manner consistent with the scope of the invention.

We claim:

1. An apparatus for use on a drill string for increasing the drift diameter of a well bore during drilling:

a first reamer comprising at least a portion that is substantially cylindrical, the substantially cylindrical portion of the first reamer having a longitudinal axis;

a second reamer comprising at least a portion that is substantially cylindrical, the substantially cylindrical portion of the second reamer having a longitudinal axis, the second reamer configured to be coupled to a drill string;

a coupling member extending between the first and second reamers for rotating the first and second reamers synchronously, the coupling member having an axis of rotation aligned with a drill string to which the second reamer is coupled;

each reamer having a plurality of cutting blades extending a distance radially outwardly from the outer surface of the reamer, wherein, in an order counter to the direction of rotation, a first cutting blade extends a first distance and each additional cutting blade extends an equal or greater distance than the preceding cutting blade, the plurality of blades defining a curved cutting area extending approximately 50% of the circumference of each reamer;

wherein the longitudinal axis of the first reamer is displaced from the axis of rotation of the coupling member toward at least one of the one or more first reamer cutting blades;

US 8,813,877 B1

**7**

wherein the longitudinal axis of the second reamer is displaced from the axis of rotation of the coupling member; and

wherein the longitudinal axis of the second reamer is angularly displaced from the longitudinal axis of the first reamer about the axis of rotation of the coupling member, such that engagement of the second reamer with the well bore urges at least one of the one or more first reamer cutting blades into engagement with the surface of the well bore at an angular displacement from the engagement of the second reamer with the well bore equal to the angular displacement of the longitudinal axis of the first and second reamers.

**2**. The apparatus of claim **1**, wherein, during use, the force of the second reamer engaging the surface of the well bore urges at least one of the one or more blades of the first reamer into engagement with the surface of the well bore nearest the center of drift of the well bore.

**3**. The apparatus of claim **1**, wherein the longitudinal axis of the second reamer is angularly displaced from the longitudinal axis of the first reamer about the axis of rotation of the coupling member by about 180 degrees.

**4**. The apparatus of claim **1**, wherein, during use, the force of the first and second reamers engaging the surface of the well bore urges the reamers through the coupling member into engagement with the nearer surfaces of the well bore.

**5**. The apparatus of claim **1**, further comprising a drill bit and a bottom hole assembly, behind which the first and second reamers are coupled.

**6**. The apparatus of claim **5**, wherein the first and second reamers are positioned at least 100 feet behind the drill bit.

**7**. The apparatus of claim **6**, wherein at least one of the plurality of reamer cutting blades each comprises a plurality of cutting teeth.

**8**. The apparatus of claim **1**, wherein each of the plurality of reamer cutting blades comprises a plurality of cutting teeth.

**9**. The apparatus of claim **1**, wherein at least one of the plurality of reamer cutting blades extends along a spiral path on a portion of the outer surface of the first reamer away from the second reamer, wherein the spiral path traverses an acute angle relative to the longitudinal axis of the first reamer.

**10**. An apparatus for increasing the drift diameter of a well bore:

a lower reamer having a curved cutting area extending along approximately 50% of the lower reamer, at least a portion of the curved cutting area defined by a radius of curvature extending from a first center of curvature within the lower reamer;

an upper reamer having a curved cutting area extending equally and oppositely from the lower reamer along approximately 50% of the upper reamer, at least a portion of the curved cutting area defined by a radius of curvature extending from a second center of curvature within the upper reamer;

each reamer having a plurality of cutting blades defining the curved cutting areas of each reamer, and extending a distance radially outward from an outer surface of the respective reamer;

wherein, in an order counter to the direction of rotation, a first cutting blade extends a first distance and each additional cutting blade extends an equal or greater distance than the preceding cutting blade;

a length of tubing coupled between the lower and upper reamers, the length of tubing having a longitudinal axis and an outer surface;

**8**

wherein the first center of curvature of the lower reamer is displaced from the longitudinal axis of the length of tubing toward the curved cutting area of the lower reamer and the curved cutting area of the lower reamer is disposed at a distance from the longitudinal axis of the length of tubing greater than is the outer surface of the length of tubing;

wherein the second center of curvature of the upper reamer is displaced from the longitudinal axis of the length of tubing toward the curved cutting area of the upper reamer and the curved cutting area of the upper reamer is disposed at a distance from the longitudinal axis of the length of tubing greater than is the outer surface of the length of tubing; and

wherein at least a portion of the curved cutting area of the lower reamer is angularly displaced from at least a portion of the curved cutting area of the upper reamer about the longitudinal axis of the length of tubing by about 180 degrees.

**11**. The apparatus of claim **10**, wherein each cutting blade comprises a set of cutting teeth.

**12**. The apparatus of claim **11**, wherein each set of cutting teeth is disposed on a spiral path about the reamer.

**13**. A reamer assembly for increasing the diameter of a well bore, comprising:

a length of drill pipe having a longitudinal axis and an outer surface;

a first reamer secured for rotation with the length of drill pipe, the first reamer having a cutting area disposed outwardly beyond the outer surface of the length of drill pipe longitudinally aligned with the first reamer cutting area;

a second reamer coupled to the first reamer for rotation with the first reamer and the drill pipe, the second reamer having a cutting area disposed outwardly beyond the outer surface of the length of drill pipe longitudinally aligned with the second reamer cutting area;

each reamer having a plurality of cutting blades defining the curved cutting areas of each reamer, and extending a distance radially outward from an outer surface of the respective reamer wherein, in an order counter to the direction of rotation, a first cutting blade extends a first distance and each additional cutting blade extends an equal or greater distance than the preceding cutting blade; and

wherein the first reamer cutting area is angularly displaced about the longitudinal axis of the length of drill pipe from the second reamer cutting area and the first and second reamer cutting areas extend around approximately one half of the outer surface of the length of drill pipe.

**14**. The reamer assembly of claim **13**, wherein at least a portion of the first reamer cutting area is angularly displaced from at least a portion of the second reamer cutting area by about 180 degrees relative to the longitudinal axis of the length of drill pipe.

**15**. The reamer assembly of claim **13**, wherein the first reamer cutting area is angularly displaced about the longitudinal axis of the length of drill pipe from the second reamer cutting area by about 180 degrees.

**16**. The reamer assembly of claim **13**, further comprising a drill bit and a bottom hole assembly, behind which the second reamer is coupled.

**17**. The reamer assembly of claim **16**, wherein the reamer is coupled at least 100 feet behind the drill bit.

* * * * *