UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

* * *

| | |
|---|---|
| EXTREME TECHNOLOGIES, LLC<br>    Plaintiff | CIVIL ACTION NO. :   6:19-cv-00219 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| STABIL DRILL SPECIALTIES, L.L.C.<br>    Defendants | MAGISTRATE JUDGE<br>PATRICK J. HANNA |

_____

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT, STABIL DRILL SPECIALTIES, L.L.C.**

NOW INTO COURT, through undersigned counsel, comes Defendant, STABIL DRILL SPECIALTIES, L.L.C., and, pursuant to Federal Rule of Civil Procedure 7.1, respectfully shows that it is a Louisiana limited liability company with its principle place of business in Houston, Texas.  The sole member of Stabil Drill Specialties, L.L.C. is SESI, LLC, a Delaware limited liability company with its principle place of business in Houston, Texas.  The sole member of SESI, LLC is Superior Energy Services, Inc., a publicly-held corporation incorporated in Delaware and having its principle place of business in Houston, Texas.

Respectfully submitted,

Jayme Partridge
Texas State Bar No. 17132060
Fed. ID No. 19621
partridge@fr.com
Alexander G. Kykta
Texas State Bar No. 24107841
Fed. ID No. 3385413
kykta@fr.com
FISH & RICHARDSON P C.
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Fax: 713-652-0109

*and*

DAVENPORT, FILES & KELLY, L.L.P.
1509 Lamy Lane
P. O. Drawer 4787
Monroe, Louisiana   71211-4787
Telephone:   (318) 387-6453
ATTORNEYS FOR DEFENDANT, STABIL DRILL SPECIALITIES, L.L.C.

BY   *s/Grant M. Tolbird*
    M. Shane Craighead, T.A. - #21541
    Grant M. Tolbird - #37337

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

So certified this 30th day of April, 2019.

    *s/Grant M. Tolbird*
    OF COUNSEL